UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:08CR37** |
| | ) | |
| vs. | ) | <u>**ORDER FOR DISMISSAL**</u> |
| | ) | |
| **1)ROBERT ALLEN DUBOS** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment, as it relates to **ROBERT ALLEN DUBOS** only, without prejudice.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment as it relates to **ROBERT ALLEN DUBOS** only is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Marshal Service, and the United States Probation Office.

Signed: February 23, 2009

Lacy H. Thornburg
United States District Judge